IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DARRIN TIPPENS, | : | |
| Plaintiff, | : | CASE NO. 2:05-CV-421 |
| v. | : | JUDGE SARGUS |
| AIRNET SYSTEMS, INC., | : | MAGISTRATE JUDGE ABEL |
| Defendant. | : | |

## JOINT STATUS REPORT

As required by the Court's April 3, 2007 Order, the Parties hereby file this Joint Status Report. Recently, Plaintiff communicated a settlement demand to Defendant. Defendant is not inclined to make any settlement offer at this time. Given that the Court has scheduled a settlement conference for July 31, 2007, Defendant is not interested in participating in an additional mediation prior to the July conference.

Respectfully submitted,

s/ Nicholas E. Kennedy
Nicholas E. Kennedy (0070310)
Trial Attorney for Plaintiff
Gary A. Reeve (0064872)
KENNEDY REEVE & KNOLL
98 Hamilton Park
Columbus, Ohio 43203
(614) 228-2050


s/ Daniel J. Clark
Daniel J. Clark (0075125)
Vorys Sater Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-6436

## CERTIFICATE OF SERVICE

This is to certify that Plaintiff's Memorandum was filed through the ECF system, and therefore served upon David A. Campbell and Daniel J. Clark, electronically on April 16, 2007.

                                                  s/ Nicholas E. Kennedy
                                                  Nicholas E. Kennedy