IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARRIN TIPPENS,
    Plaintiff,

v.

AIRNET SYSTEMS, INC.,
    Defendant.

Case No. 2:05-CV-421
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

Counsel in this case report that the parties have reached a settlement. Consequently, the Trial Date of September 17, 2007 is **VACATED**. The parties shall file an entry of dismissal within **thirty (30) days** of the date of this Order.

**IT IS SO ORDERED.**

9-6-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE